JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-03978 SB (JEMx) | Date: | July 7, 2021 |
|---|---|---|---|

| Title: | *Joshua Gutierrez v. Capital One Bank USA, N.A.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:   ORDER GRANTING DISMISSAL**

   The Court is in receipt of the NOTICE OF DISMISSAL filed by Plaintiff Joshua Gutierrez pursuant to FRCP 41a (1) as to Capital One Bank USA, N.A.., Dkt. No. 13.  Accordingly, the Court Orders that this matter shall be dismissed with prejudice pursuant to the NOTICE OF DISMISSAL.

   The Court vacates all pending hearings.